UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LENORA KINCHEN,                                          :
                        Plaintiff,                  :
                                                     :
v.                                                       :                    **ORDER**
                                                      :
TRANS UNION, LLC; EQUIFAX                                 :                    21 CV 7802 (VB)
INFORMATION SERVICES, LLC; and                           :
GENERAL MOTORS FINANCIAL                                 :
COMPANY, INC., d/b/a GM Financial,                       :
                       Defendants.                  :
---------------------------------------------------------------x

       The Court has been advised that plaintiff and defendant Equifax Information Services,

LLC, have settled this case.  Accordingly, it is hereby ORDERED that this action is dismissed

against Equifax Information Services, LLC, only, without costs, and without prejudice to the

right to restore the action against Equifax Information Services, LLC, to the Court's calendar

provided the application to restore the action is made by no later than January 24, 2022.  To be

clear, any application to restore the action must be filed by January 24, 2022, and any application

to restore the action against Equifax Information Services, LLC, filed thereafter may be denied

solely on the basis that it is untimely.

       The Clerk is instructed to terminate Equifax Information Services, LLC, as a defendant in

this case.

Dated: November 29, 2021
       White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge