Case 7:21-cv-07802-VB   Document 30   Filed 01/06/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LENORA KINCHEN,
            Plaintiff,

v.                                                **ORDER**

TRANS UNION, LLC and GENERAL       21 CV 7802 (VB)
MOTORS FINANCIAL COMPANY, INC.,
d/b/a GM Financial,
            Defendants.
--------------------------------------------------------------x

      The Court has been advised that plaintiff and defendant General Motors Financial Company, Inc., d/b/a GM Financial ("GM"), have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed against <u>GM</u> <u>only</u>, without costs, and without prejudice to the right to restore the action against GM, to the Court's calendar provided the application to restore the action is made by no later than March 7, 2022. To be clear, any application to restore the action must be filed by March 7, 2022, and any application to restore the action against GM, filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate General Motors Financial Company, Inc. d/b/a as GM Financial, as a defendant in this case.

Dated: January 6, 2022
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge