UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
:
LENORA KINCHEN, :
                Plaintiff, : **ORDER OF DISMISSAL**
:
v. : 21 CV 7802 (VB)
:
TRANS UNION, LLC, EQUIFAX :
INFORMATION SERVICES LLC, and :
GENERAL MOTORS FINANCIAL :
COMPANY, INC., d/b/a GM FINANCIAL, :
                Defendant. :
--------------------------------------------------------------x

    The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. # 36). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 23, 2022. To be clear, any application to restore the action must be filed by April 23, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: February 22, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge